No. 1320. MILLARD *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jno. W. Harrell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1327. SAVAGE ET AL. *v.* LORRAINE ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Earl C. Demoss* for petitioners. *Messrs. Oliver O. Clark* and *Mark L. Herron* for respondents.

No. 1331. HEINE *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George Boochever* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1342. RANDALL *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. Ernest Jones* for petitioner.

No. 1369. BRATCHER *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Milton Kramer* and *Joseph A. Fanelli* for petitioner.